1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  ANDREW MAINARDI (NYBN 5431697)
4  Assistant United States Attorney

5      1301 Clay Street, Suite 340S
       Oakland, CA 94612
6      Telephone: (510) 788-3509
       Facsimile: (415) 436-7234
7      E-mail: andrew.mainardi@usdoj.gov

8  Attorneys for Defendants

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                           SAN FRANCISCO DIVISION

12

13  JEWISH LEGAL NEWS, INC.,                  ) No. 3:23-cv-06241-LJC
                           Plaintiff,         )
14                                            ) **STIPULATION TO CONTINUE CASE**
         v.                                   ) **MANGEMENT CONFERENCE;** [Proposed]
15                                            ) **ORDER**
    U.S. CUSTOMS AND BORDER                   )
16  PROTECTION AND U.S. IMMIGRATION           )
    AND CUSTOMS ENFORCEMENT,                  ) **Current Case Management Conference:**
17                                            ) **Date/Time: December 12, 2024 at 1:30 p.m.**
                                              ) **Judge: Hon. Lisa J. Cisneros**
                           Defendants.        ) **Location: via Zoom webinar**
18                                            )
19                                            )
                                              )
20

21  Plaintiff and Defendant, by their attorneys of record ("The Parties"), hereby stipulate as follows:

22       WHEREAS, Plaintiff filed the Complaint in this Freedom of Information Act ("FOIA") lawsuit

23  on December 4, 2023. Dkt. No. 1;

24       WHEREAS, the Parties filed two Joint Case Management Statements in this case on February

25  24, 2024 and August 8, 2024, which included stipulated requests to continue the Initial Case

26  Management Conference that were granted by this Court. Dkt. Nos. 18-21;

27       WHEREAS, there have been no other requests for time modifications in this matter;

28       WHEREAS, document production pursuant to FOIA is nearing completion and because the

STIPULATION; [Proposed] ORDER
Case No.: 4:23-cv-06241-LJC

1  Parties seek additional time to determine what, if any, issues may require the attention of the Court;

2  THE PARTIES HEREBY STIPULATE AND REQUEST, pursuant to Civil Local Rule 6-1(b),

3  that the Initial Case Management Conference, currently scheduled for December 12, 2024 at 1:30 p.m.,

4  be continued to February 27, 2025 at 1:30 p.m., or a day and time that is suitable to the Court, and that

5  the due date for filing the Case Management Statement be reset accordingly.

Respectfully submitted,

DATED: November 29, 2024             JAVITCH LAW OFFICE

    /s/ Mark L. Javitch*
MARK L. JAVITCH

Attorney for Plaintiff


DATED: November 29, 2024             ISMAIL J. RAMSEY

United States Attorney

    /s/ Andrew Mainardi
BY: ANDREW MAINARDI
Assistant United States Attorney
Attorneys for Defendants


*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that counsel for Plaintiff has concurred in the filing of this document.

STIPULATION; [Proposed] ORDER
Case No.: 4:23-cv-06241-LJC

1 [PROPOSED] ORDER

The above STIPULATION is approved for this case and all parties shall comply with its provisions as follows: The Initial Case Management Conference, currently set for December 12, 2024 at 1:30 p.m., is hereby reset to __February 27, 2025__ at __1:30__ a.m./p.m., and the due date for the Initial Joint Case Management Statement is reset to __February 20, 2025__.

IT IS SO ORDERED.

Dated:   December 2, 2024

_____
Hon. Lisa J. Cisneros

STIPULATION; [Proposed] ORDER
Case No.: 4:23-cv-06241-LJC