```
1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  ANDREW MAINARDI (NYBN 5431697)
4  Assistant United States Attorney

5      1301 Clay Street, Suite 340S
       Oakland, CA 94612
6      Telephone: (510) 788-3509
       Facsimile: (415) 436-7234
7      E-mail: andrew.mainardi@usdoj.gov
8
   Attorneys for Defendants
9
                            UNITED STATES DISTRICT COURT
10
                          NORTHERN DISTRICT OF CALIFORNIA
11
                                 SAN FRANCISCO DIVISION
12
13 JEWISH LEGAL NEWS, INC.,          ) No. 3:23-cv-06241-LJC
                         Plaintiff,  )
14                                   ) STIPULATION TO CONTINUE CASE
       v.                            ) MANAGEMENT CONFERENCE; [Proposed]
15                                   ) ORDER AS MODIFIED
   U.S. CUSTOMS AND BORDER           )
16 PROTECTION AND U.S. IMMIGRATION   )
   AND CUSTOMS ENFORCEMENT,          ) Current Case Management Conference:
17                                   ) Date/Time: February 27, 2025 at 1:30 p.m.
                                     ) Judge: Hon. Lisa J. Cisneros
                         Defendants. ) Location: via Zoom webinar
18                                   )
19                                   )
                                     )
20
```

Plaintiff and Defendant, by their attorneys of record ("The Parties"), hereby stipulate as follows:

WHEREAS, Plaintiff filed the Complaint in this Freedom of Information Act ("FOIA") lawsuit on December 4, 2023. Dkt. No. 1;

WHEREAS, the Parties filed two Joint Case Management Statements in this case on February 24, 2024 and August 8, 2024, which included stipulated requests to continue the Initial Case Management Conference that were granted by this Court. Dkt. Nos. 18-21;

WHEREAS, this Court granted the Parties' stipulated request on December 2, 2024 to continue the Initial Case Management Conference from December 12, 2024 at 1:30 p.m. to February 27, 2025 at

STIPULATION; [Proposed] ORDER
Case No.: 3:23-cv-06241-LJC

1:30 p.m. Dkt. Nos. 24, 25.

WHEREAS, there have been no other requests for time modifications in this matter;

WHEREAS, because the undersigned counsel for Defendant is on parental leave until March 2025 and to afford the Parties additional time to confer over document production and determine what, if any, issues may require the attention of the Court;

THE PARTIES HEREBY STIPULATE AND REQUEST, pursuant to Civil Local Rule 6-1(b), that the Initial Case Management Conference, currently scheduled for February 27, 2025 at 1:30 p.m., be continued to March 27, 2025 at 1:30 p.m., or a day and time that is suitable to the Court, and that the due date for filing the Case Management Statement be reset accordingly.

Respectfully submitted,

DATED: January 17, 2025        JAVITCH LAW OFFICE

_/s/ Mark L. Javitch*_
MARK L. JAVITCH

Attorney for Plaintiff


DATED: January 17, 2025        ISMAIL J. RAMSEY

United States Attorney

_/s/ Andrew Mainardi_
BY: ANDREW MAINARDI
Assistant United States Attorney
Attorneys for Defendants

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that counsel for Plaintiff has concurred in the filing of this document.

STIPULATION; [Proposed] ORDER
Case No.: 3:23-cv-06241-LJC

[~~PROPOSED~~] ORDER

The above STIPULATION is approved for this case and all parties shall comply with its provisions as follows: The Initial Case Management Conference, currently set for February 27, 2025 at 1:30 p.m., is hereby reset to __March 27, 2025__ at _1:30_ ~~a.m.~~/p.m., and the due date for the Initial Joint Case Management Statement is reset to __March 20, 2025__.

<span style="color:red">The Court will not grant any further continuances of the Initial Case Management Conference and the March 27, 2025 date is final.</span>

IT IS SO ORDERED.

Dated: January 21, 2025

_____
Hon. Lisa J. Cisneros

STIPULATION; [~~Proposed~~] ORDER
Case No.: 3:23-cv-06241-LJC