```
PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ANDREW MAINARDI (NYBN 5431697)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, CA 94612
    Telephone: (510) 788-3509
    Facsimile: (415) 436-7234
    E-mail: andrew.mainardi@usdoj.gov

Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEWISH LEGAL NEWS, INC.,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION AND U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>　　　　　　　　Defendants. | No. 3:23-cv-06241-LJC<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER**<br><br><u>**Current Case Management Conference:**</u> **Date/Time: March 27, 2025 at 8:30 a.m. Judge: Hon. Lisa J. Cisneros**<br>**Location: via Zoom webinar** |

Plaintiff and Defendant, by their attorneys of record ("The Parties"), hereby stipulate as follows:

WHEREAS, Plaintiff filed the Complaint in this Freedom of Information Act ("FOIA") lawsuit on December 4, 2023. Dkt. No. 1;

WHEREAS, the Parties filed two Joint Case Management Statements in this case on February 24, 2024 and August 8, 2024, which included stipulated requests to continue the Initial Case Management Conference that were granted by this Court. Dkt. Nos. 18-21;

WHEREAS, this Court granted the Parties' stipulated request on December 2, 2024 to continue the Initial Case Management Conference from December 12, 2024 at 1:30 p.m. to February 27, 2025 at

STIPULATION; ORDER
Case No.: 3:23-cv-06241-LJC

1:30 p.m. Dkt. Nos. 24, 25.

WHEREAS, this Court granted the Parties' stipulated request on January 21, 2025 to continue the Initial Case Management Conference from February 27, 2025 at 1:30 p.m. to March 27, 2025 at 8:30 p.m. Dkt. Nos. 28, 29;

WHEREAS, in response to the Court's denial of the Parties' stipulated request to continue the March 27, 2025 Initial Case Management Conference that was included in their Updated Joint Case Management Statement filed on March 20, 2025, the Parties stipulate as follows in accordance with the Court's text order on March 21, 2025. Dkt. No. 31;

THE PARTIES HEREBY STIPULATE AND REQUEST, pursuant to Civil Local Rule 6-1(b), that the Initial Case Management Conference, currently scheduled for March 27, 2025 at 8:30 a.m., be continued to April 2, 2025 at 2:00 p.m., or a day and time thereafter that is suitable to the Court.

Respectfully submitted,

DATED: March 24, 2025

JAVITCH LAW OFFICE

   */s/ Mark L. Javitch**
MARK L. JAVITCH

Attorney for Plaintiff

DATED: March 24, 2025

PATRICK D. ROBBINS
Acting United States Attorney

   */s/ Andrew Mainardi*
BY: ANDREW MAINARDI
Assistant United States Attorney
Attorneys for Defendants

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that counsel for Plaintiff has concurred in the filing of this document.*

STIPULATION; ORDER Case No.:
3:23-cv-06241-LJC

ORDER

The above STIPULATION is approved for this case and all parties shall comply with its provisions as follows: The Initial Case Management Conference, currently set for March 27, 2025 at 8:30 a.m., is hereby reset to April 2, 2025 at 2:00 p.m.

IT IS SO ORDERED.

Dated: March 25, 2025

Hon. Lisa J. Cisneros

STIPULATION; ORDER Case No.: 3:23-cv-06241-LJC