UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEWISH LEGAL NEWS, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION, et al.,<br><br>   Defendants. | Case No. 23-cv-06241-LJC<br><br>**CASE MANAGEMENT ORDER AND SCHEDULE** |

The parties shall follow the steps that they jointly proposed in Section 17 of their Updated Joint Case Management Statement, ECF No. 34 at 5 to attempt to resolve the claims and issues in this action, as well as issues related to potential claims that may be included in an amended complaint. Pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rule 16-10, the following deadlines and hearings are ordered:

| | |
|---|---|
| Last day for the parties to meet and confer to resolve or narrow remaining issues, and to address any issues related to Plaintiff's second FOIA request: | May 9, 2025 |
| Deadline for Plaintiff to share with Defendants its proposed First Amended Complaint, if Plaintiff seeks to add or amend claims: | May 13, 2025 |
| Deadline for Defendant to provide or expressly decline written consent to Plaintiff's request to file an amended complaint: | May 15, 2025 |

//
//
//
//

| | |
|---|---|
| Last day for either Plaintiff to file a motion for leave to amend or for the parties to file motion(s)[1] for summary judgment: | May 27, 2025 |
| Last day to file opposition(s) to motion(s): | June 10, 2025 |
| Last day to file reply in support of motion(s): | June 17, 2025 |
| Hearing on motion(s): | July 9, 2025, at 9:30 a.m. |
| Joint case management statement: | October 2, 2025 |
| Further case management conference: | October 9, 2025, at 1:30 p.m. |

**IT IS SO ORDERED.**

Dated: April 2, 2025

LISA J. CISNEROS
United States Magistrate Judge

---

[1] If Plaintiff must seek leave of the Court pursuant to Rule 15(a)(2) to file an amended complaint, the parties shall not proceed with motion(s) for summary judgement until further order from the Court.

2