1  PATRICK D. ROBBINS (CABN 152288)
   Acting United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  ANDREW MAINARDI (NYBN 5431697)
   Assistant United States Attorney
4

5       1301 Clay Street, Suite 340S
        Oakland, CA 94612
6       Telephone: (510) 788-3509
        Facsimile: (415) 436-7234
7       E-mail: andrew.mainardi@usdoj.gov

8  Attorneys for Defendants
9
                    UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                     SAN FRANCISCO DIVISION
12

13 JEWISH LEGAL NEWS, INC.,            )  No. 3:23-cv-06241-LJC
                           Plaintiff,  )
14                                     )  **STIPULATION MODIFYING MEET &**
        v.                             )  **CONFER and BRIEFING SCHEDULE;**
15                                     )  ~~[Proposed]~~ **ORDER**
   U.S. CUSTOMS AND BORDER             )
16 PROTECTION AND U.S. IMMIGRATION     )
   AND CUSTOMS ENFORCEMENT,            )
17                                     )  **Current Motion Hearing Date/Time**
                           Defendants. )
18                                     )  **July 9, 2025 at 9:30 a.m.**
                                       )
19                                     )
   _____)
20

21      Plaintiff and Defendant, by their attorneys of record ("The Parties"), hereby stipulate as follows:

22      WHEREAS, Plaintiff filed the Complaint in this Freedom of Information Act ("FOIA") lawsuit

23 on December 4, 2023. Dkt. No. 1;

24      WHEREAS, the Parties filed two Joint Case Management Statements in this case on February

25 24, 2024 and August 8, 2024, which included stipulated requests to continue the Initial Case

26 Management Conference that were granted by this Court. Dkt. Nos. 18-21;

27      WHEREAS, this Court granted the Parties' stipulated request on December 2, 2024 to continue

28 the Initial Case Management Conference from December 12, 2024 at 1:30 p.m. to February 27, 2025 at

STIPULATION; ~~[Proposed]~~ ORDER
Case No.: 3:23-cv-06241-LJC

1   1:30 p.m. Dkt. Nos. 24, 25.

2         WHEREAS, this Court granted the Parties' stipulated request on January 21, 2025 to continue

3   the Initial Case Management Conference from February 27, 2025 at 1:30 p.m. to March 27, 2025 at 8:30

4   p.m. Dkt. Nos. 28, 29;

5         WHEREAS, in response to this Court's text order dated March 21, 2025, the Parties proposed a

6   briefing schedule for cross motions for summary judgment, which this Court granted on April 2, 2025

7   and included, among other deadlines, an April 30, 2025 deadline for Defendants to produce a *Vaughn*

8   index in response to select withholdings identified by Plaintiff. Dkt. Nos. 35-37;

9         WHEREAS, Defendant CBP recently became aware of an additional, potentially responsive

10  document requiring review in advance of completing the *Vaughn* index;

11        THE PARTIES HEREBY STIPULATE AND REQUEST, pursuant to Civil Local Rule 6-1(b),

12  that the existing *Vaughn*, meet and confer and briefing dates be modified as follows:

13        • Defendant's Vaughn index is due by May 7, 2025;

14        • The Parties shall meet and confer by May, 17 2025;

15        • Defendants shall file their motion for summary judgment by May 30, 2025;

16        • Plaintiff shall file its opposition to Defendant's motion for summary judgment and cross

17          motion for summary judgment by June 13, 2025, the combined page limit for both briefs

18          shall be 30 pages;

19        • Defendants shall file their reply in support of its motion for summary judgment and

20          opposition to Plaintiff's cross-motion for summary judgment by June 27, 2025, the

21          combined page limit for both briefs shall be 25 pages;

22        • Plaintiff shall file its reply in support of its motion for summary judgement by July 4,

23          2025, and;

24        • The hearing on cross motions for summary judgment shall be extended two (2) weeks

25          from July 9, 2025 at 9:30 a.m. to July 23, 2025 at 9:30 a.m..

26

27        .

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

DATED: April 28, 2025

JAVITCH LAW OFFICE

_____*/s/ Mark L. Javitch\**_____
MARK L. JAVITCH

Attorney for Plaintiff

DATED: April 28, 2025

PATRICK D. ROBBINS
Acting United States Attorney

_____*/s/ Andrew Mainardi*_____
BY: ANDREW MAINARDI
Assistant United States Attorney
Attorneys for Defendants

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that counsel for Plaintiff has concurred in the filing of this document.*

STIPULATION; [Proposed] ORDER
Case No.: 3:23-cv-06241-LJC

1

[PROPOSED] ORDER

2

3

4

Pursuant to he above stipulation, IT IS SO ORDERED.

5

6

7

Dated:  May 1, 2025

_____

8

Hon. Lisa J. Cisneros

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION; [Proposed] ORDER
Case No.: 3:23-cv-06241-LJC