```
 1  CRAIG H. MISSAKIAN (CABN 125202)
    United States Attorney
 2  PAMELA T. JOHANN (CABN 145558)
    Chief, Civil Division
 3  ANDREW MAINARDI (CABN 338085)
    Assistant United States Attorney
 4
 5      1301 Clay Street, Suite 340S
        Oakland, CA 94612
 6      Telephone: (510) 788-3509
        Facsimile: (510) 637-3724
 7      andrew.mainardi@usdoj.gov
 8  Attorneys for Defendants
 9
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| JEWISH LEGAL NEWS, INC., | ) No. 3:23-cv-06241-LJC |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION VACATING MOTION** |
| v. | ) **HEARING;** [Proposed] **ORDER** |
| | ) |
| U.S. CUSTOMS AND BORDER | ) |
| PROTECTION AND U.S. IMMIGRATION | ) **Current Motion Hearing Date/Time** |
| AND CUSTOMS ENFORCEMENT, | ) |
| | ) **July 23, 2025 at 9:30 a.m.** |
| Defendants. | ) |

Plaintiff and Defendant, by their attorneys of record ("The Parties"), hereby stipulate as follows:

WHEREAS, This Court set a Vaughn index exchange and schedule for the parties to meet and confer and a briefing schedule for cross motions for summary judgment regarding Plaintiff's challenges to Defendants' withholdings of certain information from their production documents in this FOIA matter. Dkts. 35-39;

WHEREAS, after several meet and confers, Plaintiff withdraws its challenges to Defendants' withholdings in the document production and does not challenge the scope of the production;

STIPULATION; [Proposed] ORDER
Case No.: 3:23-cv-06241-LJC

WHEREAS, because the existing briefing schedule is therefore moot and the only remaining issues pertain to Plaintiff's entitlement to and eligibility for reasonable costs and fees;

THE PARTIES HEREBY STIPULATE AND REQUEST, pursuant to Civil Local Rule 6-1(b), that the hearing currently scheduled for July 23, 2025 at 9:30 a.m. be vacated.

Respectfully submitted,

DATED: June 10, 2025

JAVITCH LAW OFFICE

  */s/ Mark L. Javitch*
MARK L. JAVITCH

Attorney for Plaintiff

DATED: June 10, 2025

CRAIG H. MISSAKIAN
United States Attorney

  */s/ Andrew Mainardi\**
BY: ANDREW MAINARDI
Assistant United States Attorney
Attorneys for Defendants

*\*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that counsel for Plaintiff has concurred in the filing of this document.*

STIPULATION; [Proposed] ORDER
Case No.: 3:23-cv-06241-LJC

1 [PROPOSED] ORDER

3   Pursuant to the above stipulation, the hearing on the Parties' motions scheduled for July 23, 2025 9:30 a.m. is hereby vacated

5   IT IS SO ORDERED.

7   Dated: June 10, 2025

_____
Hon. Lisa J. Cisneros